United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

JUN 1 9 2018

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**

v.

**Juan GOMEZ-Gonzalez**

**CRIMINAL COMPLAINT**

Case Number: 2:18-mj-1873

## COUNT ONE

I, the undersigned complainant state the following is true and correct to the best of my knowledge and belief. Within the Southern District of Texas on or about      June 18, 2018   , the defendant,            Juan GOMEZ-Gonzalez
, a native and citizen of    **Mexico**     , and an alien who had previously been deported from the United States, unlawfully was present in the United States having been found at or near    Kenedy    County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326.

## COUNT TWO

On or about     June 6, 2018     the defendant,             Juan GOMEZ-Gonzalez    , being an alien to the United States, did knowingly and unlawfully enter the United States at a location within the Southern District of Texas at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325.

I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts:   On
.   June 18, 2018      ,         Juan GOMEZ-Gonzalez     was encountered by Border Patrol Agents in       Kenedy
County, Texas. Agents determined the defendant was a citizen of   Mexico   , unlawfully present within the United States. Record checks revealed the defendant was ordered removed from the United States by a Immigration Judge on December 14,         ,and was physically removed from the United State on        January 4, 2018  .
 Subject has no criminal history, his last illegal Re-Entry was on June 6, 2018, through Brownsville, Texas.
At this time, there is no evidence to indicate that the defendant obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security. The defendant entered the United States from Mexico at a location within the Southern District of Texas on a date reasonably close to the day the defendant was arrested and at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on:

**Carlos Rodriguez**
Printed Name of Complainant

| | | |
|---|---|---|
| **June 19, 2018** | at | **Corpus Christi, Texas** |
| Date | | City and State |
| **B. Janice Ellington  U.S. Magistrate Judge** | | |
| Name and Title of Judicial Officer | | Signature of Judicial Officer |